BEFORE THE SECOND DIVISION, OCTOBER 16, 1968

**No. P68/439.**—Oxford International Corp. *v.* United States, protest 68/10495 (Baltimore).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise identified on the invoice covered by the foregoing protest as "#50 Sheriff Sirens" is similar in all material respects to the mer-

chandise the subject of *Oxford International Corp.* v. *United States* (55 Cust. Ct. 472, Abstract 69607), the claim of the plaintiff was sustained.